IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VICTOR R OLIVER SIERRA

DEBTOR(S)

CASE NO. 09-01343-SEK

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/10/2009

With respect to the above-referred payment plan with a base of $23,520.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**         ☒ **UNFAVORABLE**

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   DEBTOR CONTINUES TO BE IN ARREARS WITH TRUSTEE. HE STILL OWES 1 PYMT.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b) :

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   TO INFORM STATUS OF PROCEEDINGS BEFORE PR CONSUMER AFFAIRS ("DACO") AND INFORM WHETHER TRUSTEE WILL DISBURSE TO FIRST BANK AND IN WHAT AMOUNT (PLAN PROPOSES PAYMENT IN FULL. IN SUCH CASE PLAN IS INSUFFICIENT.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 4/23/2010

JACQUELINE HERNANDEZ
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062