IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 09-01343 SEK |
|---|---|
| **Víctor R. Oliver Sierra** | |
| **Debtors** | CHAPTER: 13 |

## MOTION IN OBJECTION TO CONFIRMATION

TO THE HONORABLE COURT:

COMES now movant, **First Bank de Puerto Rico,** hereinafter referred to as "FBPR", by the undersigned attorney, and very respectfully alleges and prays:

1. Víctor R. Oliver Sierra hereinafter will be referred to as **"the debtor"**.

2. FBPR, is the holder in due course of a mortgage note in the principal sum of $82,348.00 bearing interest at 7.00% per annum ("the note"). The indebtedness evidenced by the note is secured by a mortgage executed before the notary public Héctor Luis Torres Dávila on February 26, 2008, deed number 48 ("the mortgage").

3. The debtor filed an amended plan that includes the following provision: *Firstbank will be paid in accordance with resolution of DACO complaint 1000745 on which the mortgage is being requested to be cancelled as part of the remedies in addition to damages.*

4. The plan does not propose to make any adequate protection payments to Firstbank.

5. FBPR respectfully requests from this Honorable Court to enter an order denying the confirmation of the proposed plan because it fails to provide for the payment of FBPR's secured claim as mandated by section 1325 of the Bankruptcy Code.

6. In the claim filed before the Department of Consumer Affairs, DACO by its Spanish Acronym the debtor requests septic tank be repaired. Attached hereto as **Exhibit I** is a copy of the complaint. The debtor does not request that the lien in favor FBPR be paid off or be deemed paid off. Furthermore, it does not seem that the automatic stay has been lifted or otherwise modified to continue the complaint filed before DACO.

7. The pertinent excerpt of Section 1325 states that:

```
(a)   Except as provided in subsection (b), the court shall
   confirm a plan if -
        (1)      the plan complies with the provisions of this
           chapter and with other applicable provisions of this
           title;
        (2)      ...
        (3)      ...
        (4)      ...
        (5)      with respect to each allowed secured claim
           provided for by the plan -
        (A) the holder of such claim has accepted the plan;
        (B) (i) the plan provides that the holder of such
           claim retain the lien securing such claim; and
           (ii) the value as of the effective date of the
           plan, of property to be distributed under the
           plan on account of such claim is not less than
           the allowed amount of such claim; or
           (iii) the debtor surrenders the property
           securing such claim to such holder
```

8. The debtors' payment plan makes no provision as to how FBPR's claim will be paid and as such it fails to comply with section 1325 (a) (5) above cited.

**WHEREFORE**, for the reasons herein stated FBPR objects the plan and respectfully prays that its confirmation be denied with such further relief that is proper.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 5 day of May 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: ***the Trustee Alejandro Oliveras Rivera*** and ***to the debtors' attorney,***

*Jacqueline Hernández Santiago* I hereby certify that I have mailed by United States Postal Service a copy of this motion to the following non CM/ECF participants: ***NONE***

                                MARTINEZ & TORRES LAW OFFICES
P.O. Box 192938
San Juan, PR 00919-2938
Tel. (787) 767-8244: Fax (787) 767-1183

**s/ Vanessa M Torres Quiñones**
By:    Vanessa M Torres Quiñones
USDC -PR 217401
**vtorres@martineztorreslaw.com**



**Estado Libre Asociado de Puerto Rico**

Departamento de Asuntos del Consumidor

**REGION SAN JUAN**
APARTADO 41059, ESTACION MINILLAS, SAN JUAN, PUERTO RICO 00940-1059
www.daco@gobierno.pr

FIRMA RECEIVED
LEGAL COUNSEL
2009 MAY 21 AM 9:39

FECHA:
8 DE MAYO DE 2009.

QUERELLANTE:

VICTOR RAMON OLIVER

QUERELLA NUMERO:
100039745

QUERELLADO (s):
J. MORALES REALTY & ASSOCIATES, INC. ( Lic. # 8045 )
TAB INVESTMENT
UNITED SURETY & INDEMNITY

Ante este Departamento se ha presentado una **ENMIENDA** a la querella de epígrafe.
Acompañamos copia de la misma.

La referida enmienda { } incluye, {x} **no** incluye anejos. Los anejos que fueron acompañados con la enmienda, obran en el expediente y pueden ser examinados por usted en nuestras oficinas durante horas laborables.

El termino que usted tiene para contestar la querella y/o querella enmendada es de cinco (5) dias con antelación a la fecha de la vista administrativa. Oportunamente, se le notificara la fecha de la Vista.

La contestación a la querella debera contener su nombre completo, dirección física y postal, numero de telefono y numero de querella. Podra anejar a su contestación copia de todo documento que sirva de apoyo a su alegación, sin perjuicio de producir documentos adicionales durante el procedimiento. Debera estar firmada y fechada por usted y/o su representante legal. Si se trata de una corporación, solo podra comparecer representada por un abogado autorizado a ejercer la profesion legal en Puerto Rico.

Sera obligación de las partes notificar al Departamento, cualquier cambio de dirección o telefono. El incumplimiento de esta obligación conllevara la imposición de los costos en los que el Departamento incurra para notificar dicha parte.

**QUERELLA NUMERO:**
100039745

CERTIFICO HABER ENVIADO COPIA FIEL Y EXACTA DEL PRESENTE DOCUMENTO A LAS SIGUIENTES PERSONAS:

REMITIDO POR CORREO HOY: **8 DE MAYO/2009**

Victor Ramon Oliver
P.O. Box 710
Rio Grande, P.R. 00745

J. Morales Realty
Calle Laurel # 183
Fajardo, P.R. 00738

J. Morales Realty
Cond. Dos Marinas II
Apto. 2907
Fajardo, P.R. 00738

Tab Investment, Corp.
Agente Residente: Juan Morales Santiago
P.O. Box 3473
Rio Grande, P.R. 00745

Juan Morales Santiago
Calle Sol # 39
Urb. Puerta Del Sol
Fajardo, P.R. 00738

Tab Investment, Corp.
Agente Residente: Juan Morales Santiago
Via 53 4C S-5
Villa Fontana
Carolina, P.R. 00985

Prieto & Torres Law Offices
Attn.: Lcda. Kiomarys Torres Cruz
P.O. BOX 1003
Fajardo, P.R. 00738-1003

Lcdo. Rafael E. Santos Toledo
# 1474 Avenida Ashford, Suite 100
Condado
San Juan, P.R. 00907-1559

## Enmienda # 1-39745
Pag. Num. 3

CERTIFICO HABER ENVIADO COPIA FIEL Y EXACTA DEL PRESENTE DOCUMENTO A LAS SIGUIENTES PERSONAS:
REMITIDO POR CORREO HOY: 8 DE MAYO DE 2009

Juan Morales Santiago
Condominio La Loma en Fajardo
180 Carr. 194
Fajardo, P.R. 00738-3505

Juan Morales Santiago
Via 53 4C S-5
Urb. Villa Fontana
Carolina, P.R. 00985

United Surety & Indemnity
P.O. Box 2111
San Juan, P.R. 00922-2111

First Bank
Depto. De Hipotecas
P.O. Box 8318
San Juan, P.R. 00910-0318

First Bank
Depto. De Hipotecas
P.O. Box 9146
San Juan, P.R. 00908

D.T.I. COMMUNICATIONS  *OBVIAR - Querella fue enviada a nosotros por error, se le devuelve a esta dirección.*
Lopez Mulero & Carrion Tavarez /Attn.: Licdo. Luis A. Carrion Tavarez
P.O. Box 12068
SAN JUAN, P.R. 00914-0068

_____
firma



DIR(C)/Rev. 02/97

# DACO
## Estado Libre Asociado de Puerto Rico
### Departamento de Asuntos del Consumidor

Región San Juan
Apartado 41059 Estación Minillas San Juan, Puerto Rico 00940

FECHA RADICACIÓN: 3 DE JULIO 2008          NUMERO QUERELLA: 100039745

### Partes Envueltas en la Querella

QUERELLANTE: VICTOR RAMON OLIVER Sierra       # de prestamo - 011-206010

DIRECCIÓN FÍSICA: PARCELA #293 SECTOR LOS RAMOS PITAHAYA LUQUILLO PR

DIRECCIÓN POSTAL: PO BOX 710 RIO GRANDE PR 00745

TELÉFONOS: HOGAR: 889-4648  CEL 435-7708  TRABAJO: ____  FAX: ____  E-Mail: ____

REPRESENTANTE LEGAL Y DIRECCIÓN: ____

QUERELLADO: J. MORALES REALTY LIC # 8045

DIRECCIÓN FÍSICA: URB. PUERTA DEL SOL #39 CALLE SOL FAJARDO PR 00738-5116

DIRECCION POSTAL: LA MISMA

TELÉFONOS TRABAJO: 787-536-5480   FAX ____  E-Mail: ____

REPRESENTANTE LEGAL Y DIRECCIÓN: ____

QUERELLADO:

DIRECCIÓN FÍSICA: ____

DIRECCIÓN POSTAL:

TELÉFONOS: TRABAJO: ____  FAX: ____  E-Mail: ____

REPRESENTANTE LEGAL Y DIRECCIÓN: ____

QUERELLADO: ____

DIRECCIÓN FÍSICA: ____

DIRECCIÓN POSTAL: ____

TELÉFONOS: TRABAJO: ____  FAX: ____  E-Mail: ____

REPRESENTANTE LEGAL Y DIRECCIÓN: ____



**Estado Libre Asociado de Puerto Rico**
Departamento de Asuntos del Consumidor

Región San Juan
Apartado 41059 Estación Minillas San Juan, Puerto Rico 00940
www.daco.gobierno.pr

Fecha: 3 DE JULIO DE 2008          Querella Núm.: _____

## QUERELLA BIENES RAÍCES - LEY 10

| QUERELLANTE | QUERELLADO |
|---|---|
| VICTOR RAMON OLIVER | J. MORALES REALTY LIC # 8045 |

DIRECCIÓN PROPIEDAD EN CONTROVERSIA (FÍSICA): PARCELA # 293 SECTOR LOS RAMOS PITAHAYA LUQUILLO PR

NOMBRE DUEÑO PROPIEDAD Y DIRECCIÓN: _____

Fecha transacción: 26 FEBRERO 2008   Fecha reclamó al Querellado: VARIAS

Depósito Otorgado: _____   Mensualidad Pagada: _____

AGENCIA BIENES RAÍCES: J. MORALES REALTY

Núm. Licencia Corredor o Vendedor: 8045  Tel: ___  Fax: ___  E-Mail: ___

MARQUE UNA:

( ) Contrato Opción ( ) Contrato Arrendamiento ( ) Contrato Compra Venta ( ) Contrato de Permuta ( ) Administración de Propiedad (X) Otro _____

BREVE DESCRIPCIÓN DE LOS HECHOS y REMEDIO SOLICITADO POR EL QUERELLANTE:

QUERELLANTE ALEGA LO SIGUIENTE:

QUE ESTA PROPIEDAD FUE FINANCIADA POR EL BANCO MORTGAGE LOAN. QUINE LE SOLICITO UNA CERTIFICACION DEL POZO SEPTICO PARA EL DIA DEL CIERRE DE LA HIPOTECA. EL QUERELLADO CONTRATO A UN PERITO PLOMERO PARA QUE REALIZARA LA CERTIFICACION. ESTA CERTIFICACION FUE REALIZADA SIN IR A INSPECCIONAR EL POZO SEPTICO. QUIEN CERTIFICO QUE EL POZO ESTABA EN BUENAS CONDICIONES Y FUNCIONABA BIEN. EL BANCO PROCEDIO A EFECTUAR EL CIERRE PRESTAMO A 30 AÑOS. CUANDO EL QUERELLANTE ESTA LIMPIANDO EL PATIO SE PERCATA QUE HABIA OTRO POZO SEPTICO QUE ESTABA TAPADO CON BASURA. A ESTE POZO LLEGAN AGUAS QUE SALEN DE LA DUCHA Y DEL FREGADERO. EL CUAL ESTABA EN MALAS CONDICIONES. DESBARATANDOSE.

DESRUMBANDOSE. QUEREL[...] PROCEDIO A COMUNICARSE [C]ON [E]L CORREDOR. PARA
D[E]_ARLE SABER LO QUE ESTA SUCEDIENDO Y ESTE LE INDICO QUE ERA SU PROPIEDAD Y QUE
_A A EL QUERELLANTE QUE LE CORRESPONDIA ARREGLARLO. ADEMAS QUERELLANTE LE
MENCIONO QUE HAY FILTRACIONES DENTRO DE LA CASA TAMPOCO HISO CASO.
QUERELLANTE FUE AL COLEGIO DE MAESTROS Y OFICIALES PLOMEROS PARA HACER
QUERELLA CONTRA EL PLOMERO QUE CERTIFICO SR. BETZASAR FIGUEROA. LIC. #478,
CEL 909-1474. EL COLEGIO DE PLOMEROS ENVIO UN INSPECTOR MAESTRO OFICIAL DE
PLOMEROS, SR. FELIX RIVERA. QUIEN DETERMINO QUE EL POZO SEPTICO NO SIRVE QUE
TENIA QUE HACER UN POZO NUEVO. EL CORREDOR NO SE QUIERE RESPONSABLIZAR.

PETICICION: QUE CONSTRUYA EL POZO SEPTICO NUEVO COMO DETERMINO EL COLEGIO DE
MAETROS Y OFICIALES DE PLOMEROS DE PR. Y QUE REPARE EL PROBLEMA DE FILTRACION
DENTRO DE LA PORPIEDAD.

Por la presente hago constar bajo juramento que toda la información que he suministrado es correcta, verdadera, que me consta de propio conocimiento y que los mismos hechos no están ante la consideración de un Tribunal u otra agencia administrativa.

_____          _____
       Consultor                         Querellante