IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VICTOR R OLIVER SIERRA

DEBTOR(S)

CASE NO. 09-01343-SEK

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/10/2009

With respect to the above-referred payment plan with a base of $23,520.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**            ☒ **UNFAVORABLE**

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   4 months in arrears under PCM, $768.00

2. ☒ INSUFFICIENTLY FUNDED § 1325(b):
   see Other

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☒ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   fails liquidation value

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   to inform status of proceedings before DACO and inform whether trustee will disburse to 1stbank and in what amount (plan states in full; if so, plan is insufficiently funded)

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/4/2010

JACQUELINE HERNANDEZ
COUNSEL FOR DEBTOR(S)

/s/ Rosamar García Fontán
Rosamar García Fontán
USDC # 221004

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062